## PROCEEDING MEMO AND MINUTES OF
## THE CHAPTER 7 § 341 MEETING
### DATE: 06/19/20

**IN RE: EDGAR L. VINES, JR.**                    **CASE NO: 20-50808-KMS**

**APPEARANCES:**
( ✓ ) DEBTOR 1                                ( ) DEBTOR 2 (Spouse in Joint Cases)
   ( ✓ ) Required picture I.D. produced          ( ) Required picture I.D. produced
   ( ✓ ) Required SSN verification produced        ( ) Required SSN verification produced
   ( ) Pay advices received                    ( ) Pay advices received

Credit counseling certificate ( ✓ ) filed ( ) not filed
Tax returns received for _____(years) on _____
Financial Documents were ( ) retained by trustee ( ) returned to debtor(s)
( ) DEBTOR'S REPRESENTATIVE _____
( ✓ ) ATTORNEY FOR DEBTOR(S): ___Walter Newman___
( ) DEBTOR(S) APPEARED PRO SE
   YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
   YES ( ) NO ( ) If Yes, obtain completed pro se form.

THE MEETING OF CREDITORS WAS:
   ( ✓ ) HELD
      or
   ( ) NOT HELD
      or
   ( ) NOT CONCLUDED AND IS CONTINUED TO THE _____ DAY OF _____,
20____ AT _____ O'CLOCK _____.M.

YES ( ✓ ) NO( ) Attorney for debtor has filed statement of compensation pursuant to 11 U.S. C. §329.
CREDITOR (s) _____ Allysson Mills_____
_____

DEBTOR(s) REQUIRED TO:
( ) AMEND Schedules and Statements within _____ Days of 341(a) Meeting.
( ) OTHER: _____
In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
_____

ADDITIONAL NOTES: ___Abandonment from business to be filed___
_____

DATED: ___6/19/20___                    TRUSTEE:___DEREK A. HENDERSON___
Track # _____    or    Tape # _____ Side _____ Counter Start # _____