IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| *In re:* | § | Chapter 7 |
| | § | |
| EDGAR L. VINES, JR. | § | Case No.: 20-50808-KMS |
| | § | |
| Debtor. | § | |

**MOTION FOR APPROVAL OF AGREED ORDER GRANTING
CATERPILLAR FINANCIAL SERVICES CORPORATION AN
EXTENSION OF TIME TO FILE OBJECTION TO DISCHARGE**

**COMES NOW** Caterpillar Financial Services Corporation, a creditor and party-in-interest in this case ("Cat Financial"), and requests the Court's approval and entry of the proposed *Agreed Order Granting Caterpillar Financial Services Corporation an Extension of Time to File Objection to Discharge* (the "Agreed Order") as is attached hereto and incorporated herein as **Exhibit "1"**.

Cat Financial respectfully submits that the Agreed Order accurately memorializes the agreement that it has reached with the Debtor, allowing Cat Financial an additional thirty days to evaluate and decide whether to file an objection to the Debtor's discharge.

**WHEREFORE, PREMISES CONSIDERED**, Cat Financial requests that the Court give consideration to the Agreed Order and, assuming the Court finds same to be well-taken, that the Court approve and enter the Agreed Order.

Respectfully submitted, this the 18th day of August, 2020.

          CATERPILLAR FINANCIAL SERVICES
          CORPORATION

          By Its Attorneys,
          BAKER DONELSON BEARMAN
           CALDWELL & BERKOWITZ, P.C.

          */s/ D. Sterling Kidd*
          D. STERLING KIDD (MS BAR #103670)

- 2 -

**OF COUNSEL**:

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive
Jackson, Mississippi 39211
Telephone:    (601) 351-8952
skidd@bakerdonelson.com

**CERTIFICATE OF SERVICE**

I, Sterling Kidd, do hereby certify that on this day the foregoing paper was filed electronically with the Clerk of the Court using the Court's ECF system, which served a true and correct copy of such paper electronically on all parties enlisted to receive service electronically as of the date hereof.

This, the 18th day of August, 2020.

*/s/D. Sterling Kidd*
D. STERLING KIDD (MS Bar # 103670)