**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| *In re:* ) | |
| ) | |
| **EDGAR L. VINES, JR.** ) | **Case No. 20-50808-KMS** |
| ) | |
| **Debtor.** ) | **Chapter 7** |

**AGREED ORDER GRANTING CATERPILLAR FINANCIAL SERVICES
CORPORATION AN EXTENSION OF TIME TO FILE OBJECTION TO DISCHARGE**

This Cause is before the Court on a Motion filed by Caterpillar Financial Services Corporation's ("Cat Financial") for approval of an agreement it has made with the Debtor, allowing Cat Financial thirty additional days, through and until September 17, 2020, to decide whether to file an objection to the Debtor's discharge. The Court, having been informed in the premises and of an agreement relating to the Motion, finds as follows:

1. The Court has jurisdiction over the parties and this matter.

2. Cat Financial and the Debtor have agreed that Cat Financial shall have until September 17, 2020 to file any objection to the Debtor's discharge in these proceedings because Cat Financial has not had the opportunity to evaluate whether to file such an objection, and both parties wish to avoid such a filing and the associated briefing, time, and expense, unless necessary.

-2-

**IT IS, THEREFORE, ORDERED** that Cat Financial has until September 17, 2020 to file any objection to the Debtor's discharge.

### ###END OF ORDER###

4836-8984-5192v1
2830546-000698 08/17/2020

**WE AGREE AND CONSENT:**

/s/ *D. Sterling Kidd*
D. Sterling Kidd (MB# 103670)
BAKER DONELSON BEARMAN
 CALDWELL & BERKOWITZ, P.C.
One Eastover Center
100 Vision Drive
Jackson, MS 39211
Telephone: (601) 351-8952
Facsimile:  (601) 351-2424
skidd@bakerdonelson.com
ATTORNEY FOR CATERPILLAR FINANCIAL SERVICES, INC.


/s/
J. Walter Newman IV (MB# 3832)
587 Highland Colony Parkway
Ridgeland, MS 39157
ATTORNEY FOR DEBTOR EDGAR L. VINES, JR.